**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                          Case No. 07-CV-13371-DT

ONE HUNDRED FORTY-NINE THOUSAND
EIGHT HUNDRED DOLLARS IN U.S.
CURRENCY ($149,800.00),

    Defendant.
_____/

**ORDER GRANTING CLAIMANT'S "MOTION TO RELIEVE COUNSEL OF RECORD"**
**AND COUNSEL'S "MOTION TO WITHDRAW AS COUNSEL"**

Pending before the court is claimant Paris McCurdy's "Motion to Relieve Counsel of Record and Request for Extension of Time to Respond to Pleadings and a Stay of Pending Deadlines" and counsel Anthony Chambers's "Motion to Withdraw as Counsel for Claimant Paris McCurdy." Both McCurdy and Chambers agree that there has been an irreconcilable breakdown in the attorney-client relationship, and that McCurdy wishes to represent himself in this matter. The court discussed the matter with the parties during an April 16, 2008 hearing, and the court is satisfied that McCurdy has made an informed decision regarding his self-representation. The Government does not object and the court is persuaded that, under these circumstances, Chambers should be relieved as counsel of record for McCurdy.

During the hearing, the parties also discussed amending the scheduling order to permit additional discovery, and the court agrees that an extension of time is warranted under the circumstances. Accordingly,

IT IS ORDERED that both McCurdy's "Motion to Relieve Counsel of Record and Request for Extension of Time to Respond to Pleadings and a Stay of Pending Deadlines" [Dkt. # 18] and Chambers's "Motion to Withdraw as Counsel for Claimant Paris McCurdy" [Dkt. # 19] are GRANTED.

An amended scheduling order will follow.

        s/Robert H. Cleland
        ROBERT H. CLELAND
        UNITED STATES DISTRICT JUDGE

Dated: April 21, 2008

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, April 21, 2008, by electronic and/or ordinary mail.

        s/Lisa G. Wagner
        Case Manager and Deputy Clerk
        (313) 234-5522