**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                                                         Case No. 07-CV-13371-DT

ONE HUNDRED FORTY-NINE THOUSAND
EIGHT HUNDRED DOLLARS IN U.S.
CURRENCY ($149,800.00),

    Defendant.
_____/

**ORDER GRANTING PLAINTIFF'S MOTION TO COMPEL**

Pending before the court is "Plaintiff United States of America's Motion to Compel Answers to Requests for Admissions, Interrogatories and Requests for Production of Documents to Claimant Paris Webb McCurdy." In its motion, Plaintiff argues that Claimant has refused to answer Plaintiff's discovery requests. Claimant has not responded to this motion as required under the local rules. E.D. Mich. LR 7.1(b) ("A respondent opposing a motion must file a response, including a brief and supporting documents then available.") After considering Plaintiff's unopposed motion to compel, the court determines that it should be granted. Accordingly,

IT IS ORDERED that Claimant Paris Webb McCurdy respond completely and fully and without objection to Plaintiff's interrogatories, requests for admissions and document requests by delivery of written responses, admissions and responsive documents to the Office of the United States Attorney, 211 W. Fort Street, Suite 2001, Detroit, Michigan 48226-3211, Attn: T. N. Ziedas, **on or before noon, July 29, 2008.**

IT IS FURTHER ORDERED that Plaintiff file a written notice of compliance or noncompliance on or before **noon on July 30, 2008.** In the event that Claimant has not complied with this order, Plaintiff shall also submit with its notice of noncompliance a proposed order striking Plaintiff's claim with prejudice, and if there are no other claims, a suitable case-closing form of judgment, both of which the court will enter without further notice or presentment.

**Claimant is specifically notified that in the absence of compliance, the claim will be disposed of finally and with prejudice.**

        s/Robert H. Cleland
        ROBERT H. CLELAND
        UNITED STATES DISTRICT JUDGE

Dated: July 23, 2008

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, July 23, 2008, by electronic and/or ordinary mail.

        s/Lisa G. Wagner
        Case Manager and Deputy Clerk
        (313) 234-5522