**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                       Case No. 07-CV-13371-DT

ONE HUNDRED FORTY-NINE
THOUSAND EIGHT HUNDRED
DOLLARS IN U.S. CURRENCY
(149, 800.00),

    Defendant.
                                 /

**OPINION AND ORDER TERMINATING CLAIMANT'S
"MOTION FOR RETURN OF CONFISCATED PROPERTY"**

Pending before the court is Claimant Paris Webb McCurdy's "Motion for Return of Confiscated Property," seeking to have the government return certain items of Claimant's personal property. The court notes Claimant made no effort to comply with this district's local rule, which requires determining whether any motion is opposed. E.D. Mich. LR 7.1(a). If Claimant had complied, as the government states in its response, Claimant would have discovered his motion is not opposed and he might have saved himself and the court time in considering this motion. (Pl.'s Resp. at 1-2). Because the motion is not opposed, there is no dispute for the court to resolve. Accordingly,

IT IS ORDERED that Claimant's "Motion for Return of Confiscated Property" [Dkt. # 43] is TERMINATED as moot.

                                                   s/Robert H. Cleland
                                                   ROBERT H. CLELAND
                                                   UNITED STATES DISTRICT JUDGE

Dated: October 31, 2008

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, October 31, 2008, by electronic and/or ordinary mail.

s/Lisa G. Wagner
Case Manager and Deputy Clerk
(313) 234-5522